**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated, | : : : : | CIVIL ACTION FILE NO. 1:24-cv-07077 |
| Plaintiff, | : : | |
| v. | : : | **COMPLAINT – CLASS ACTION** |
| THE ALLSTATE CORPORATION D/B/A ALLSTATE HEALTH SOLUTIONS | : : : | **JURY TRIAL DEMANDED** |
| AND | : : | |
| KHALID MCCOMBS | | |
| Defendants. | / | |

## ENTRY OF APPEARANCE

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this January 2, 2025.

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## Certificate of Service

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on January 2, 2025.

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

1