**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE ALLSTATE CORPORATION D/B/A ALLSTATE HEALTH SOLUTIONS and KHALID MCCOMBS,<br><br>    Defendants. | Case No.: 1:24-CV-07077 |

## JOINT STATUS REPORT

Plaintiff Kelly Bland ("Bland") and Defendant The Allstate Corporation ("Allstate") have conferred and hereby file this Joint Status Report per the Court's December 3, 2024 Order. [Dkt. 16].). The Parties state as follows:

### I. SERVICE

This Court granted Plaintiff's Motion for Alternate Service on Defendant Khalid McCombs ("McCombs") on January 2, 2025. On or about January 18. 2025, McCombs served on Plaintiff's counsel a document styled "Defendant's Answer and Affirmative Defenses, Including Motion to Dismiss and Challenge to Class Certification." The document does not appear in the court docket, nor has McCombs or his counsel made an appearance in this action.

### II. DISCOVERY

The parties are currently in the beginning stages of discovery. The parties are engaging in written discovery. No depositions have been scheduled to date.

Plaintiff served its initial set of discovery requests on December 4, 2024. Per the parties agreement, Allstate will serve its responses to Plaintiff's discovery requests on February 4, 2025. Defendant Allstate will serve discovery requests on Plaintiff within the next few weeks.

### III.  PENDING MOTIONS

Presently, there are no pending motions aside from "Defendant's Answer and Affirmative Defenses, Including Motion to Dismiss and Challenge to Class Certification" which purports to seek dismissal of the Complaint and "challenges Plaintiff's attempt to certify this case as a class action."

### IV.  SETTLEMENT

To date, no discussions regarding settlement of this matter have taken place.

| | |
|---|---|
| */s/ Anthony I. Paronich* | */s/ Jani K. Mikel* |
| Anthony I. Paronich | JANI K. MIKEL |
| Paronich Law, P.C. | **AKERMAN LLP** |
| 350 Lincoln Street, Suite 2400 | Illinois Bar No. 6331445 |
| Hingham, MA 02043 | 71 South Wacker Drive, 47th Floor |
| Tel: (617) 485-0018 | Chicago, Illinois  60606 |
| Email: anthony@paronichlaw.com | Telephone:  (312) 634-5700 |
| | Facsimile:  (312) 424-1900 |
| *Counsel for Plaintiff* | Email: jani.mikel@akerman.com |
| | Email: elisa.asa@akerman.com |

 **- and -**

RYAN ROMAN
*\* Admitted Pro Hac Vice*
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: ryan.roman@akerman.com
Email: lauren.chang-williams@akerman.com

*Counsel for Defendant The Allstate Corporation*

3

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on February 3, 2025, the foregoing document was filed with the Court's electronic filing system on the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                        */s/   Jani K. Mikel*
                                                        **JANI K. MIKEL, ESQUIRE**
                                                        Illinois Bar No. 6331445