## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Kelly Bland

                             Plaintiff,

v.                                          Case No.: 1:24–cv–07077
                                         Honorable Sunil R. Harjani

The Allstate Corporation, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 5, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court is in receipt of the parties' joint status report [Dkt. 21]. The parties are to file an updated joint status report on 3/10/2025.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.