MR                                                                                                              R.M.

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

FILED

FEB 06 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kelly Bland, on behalf herself and
others situated
Plaintiff.
V.

Case No. 1:24-cv-07077

ASSIGNED JUDGE: Sunil R. Harjani

Allstate Corporation d/b/a
Allstate Health Solutions,
Defendant.

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Keri L. Holleb Hotaling

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES, INCLUDING MOTION TO DISMISS AND CHALLENGE TO CLASS CERTIFICATION

Defendant, Khalid McCombs, by and through the undersigned, hereby submits this Answer and Affirmative Defenses to Plaintiff's Complaint, including a Motion to Dismiss Plaintiff's Claims and Challenge to Class Certification. In support thereof, Defendant states as follows:

### ANSWER TO PLAINTIFF'S COMPLAINT

1. Acknowledgment of Call Defendant acknowledges that a phone call was made to Plaintiff but denies that the call was made with knowledge that Plaintiff's number was on the National Do Not Call Registry (DNC). At the time of the call, Defendant was unaware that Plaintiff's number was registered on the DNC list. The call was made in good faith in response to Plaintiff's expressed interest in receiving an insurance quote.

2. Implied Consent Defendant asserts that the lead list provided to Defendant did not include email addresses. Plaintiff voluntarily provided her email address to receive the insurance quote, indicating implied consent to be contacted. At no time did Plaintiff indicate she was on the DNC list or request not to be contacted. Additionally, after receiving the quote, Plaintiff initiated a follow-up call to Defendant, during which she explicitly stated she would not pursue legal action or sue Defendant. This indicates that Plaintiff did not view the contact as improper.

3. Good-Faith Efforts to Comply Defendant made reasonable efforts to comply with the relevant regulations, including those concerning the DNC list. As an independent contractor for Allstate, Defendant was still in the process of learning and understanding all applicable regulations. Upon realizing the mistake, Defendant took immediate steps to review and update lead generation practices to ensure compliance with DNC regulations going forward.

4. Jurisdiction Defendant states that Plaintiff has listed an incorrect address in the case documents. Defendant's correct address is 18200 W 12 Mile Rd, Apt 209, Southfield, MI 48076. Defendant further states that Defendant is not licensed to conduct business in Illinois and was not acting within the

1

jurisdiction of Illinois when the call occurred. As an independent contractor for Allstate, Defendant operates in accordance with the laws of the state in which they are licensed, which is Michigan.

5. Lack of Standing Plaintiff lacks standing to bring this lawsuit under the Telephone Consumer Protection Act (TCPA) because Plaintiff has failed to demonstrate any concrete and particularized injury. The contact was made based on Plaintiff's own actions, and there is no evidence of harm resulting from the call. Furthermore, given Plaintiff's apparent history of similar litigation, Defendant contends that Plaintiff is attempting to leverage technicalities for financial gain rather than addressing a legitimate grievance. Therefore, Plaintiff's claims should be dismissed for lack of standing.

## MOTION TO DISMISS AND CHALLENGE TO CLASS CERTIFICATION

Defendant respectfully moves to dismiss Plaintiff's claims and challenges Plaintiff's attempt to certify this case as a class action. In support of this motion, Defendant states:

1. Lack of Numerosity Plaintiff's claims are based on a single instance, and there is no evidence that any other individuals were contacted in the same manner. Therefore, the numerosity requirement for class certification is not met.

2. Lack of Commonality There are no common questions of law or fact shared by other potential class members. This case involves an isolated incident and cannot support a class action where other individuals are not similarly situated.

3. No Typicality Plaintiff's claims are not typical of the purported class, as Plaintiff is the only individual who has been allegedly affected by Defendant's actions. Without other individuals who have experienced the same contact, typicality is not satisfied.

4. No Evidence of Systemic Violations There is no evidence of a systemic violation or practice by Defendant that would affect others. The contact with Plaintiff was an isolated event, and Plaintiff has failed to demonstrate that other individuals were similarly impacted. 5. Class Action Is Not Superior The purposes of class action certification are not served in this case, as Plaintiff's claim is an isolated matter. This case is more appropriately addressed as an individual claim rather than as a class action.

## PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully requests that this Honorable Court:

1. Dismiss Plaintiff's individual claims based on lack of standing, implied consent, lack of jurisdiction, and good-faith efforts to comply with DNC regulations.

2. Deny Plaintiff's motion for class certification and dismiss any class claims.

3. Grant any other relief that the Court deems just and proper.

## CERTIFICATE OF SERVICE

2

I, Khalid McCombs, hereby certify that on January, 18, 2025, a true and correct copy of the above document was served upon the Plaintiff's attorney via [method of service (e.g., U.S. Mail, email)] to the following address:

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400 Hingham, MA 02043
anthony@paronichlaw.com

Respectfully Submitted,
Khalid McCombs
18200 W 12 Mile Rd, Apt 209 Southfield, MI 48076
kmccombs25@gmail.com
313-457-3157

Date: 1/18/2025
Signature:

*Khalid McCombs*

3



Khalid McCoy
18200 W. Miled apt 209
Southfield, MI 48075

Clerk's Office
U.S. District Court for the Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

9589 0710 5270 2151 2983 57

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
REDFORD, MI 48239
JAN 18, 2025
$8.95
S2324P504012-25