IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE ALLSTATE CORPORATION D/B/A ALLSTATE HEALTH SOLUTIONS and KHALID MCCOMBS,<br><br>    Defendants. | Case No.: 1:24-CV-07077 |

## JOINT STATUS REPORT

Plaintiff Kelly Bland ("Plaintiff"), Defendant The Allstate Corporation ("Allstate") and Defendant Khalid McCombs ("McCombs") have conferred and hereby file this Joint Status Report per the Court's December 3, 2024 Order. [Dkt. 16].). The Parties state as follows:

    **I.    SERVICE**

Plaintiff has served both Defendants in this action. On February 6, 2025, McCombs served his Answer, Affirmative Defenses, and Motion to Dismiss Plaintiff's Complaint [Dkt. 23].

    **II.    DISCOVERY**

The Parties are currently engaging in written discovery. On February 3, 2025, Allstate served its responses and objections to Plaintiff's discovery requests. On February 4, 2025, Allstate served its first set of discovery on Plaintiff. By agreement, Plaintiff's deadline to respond to Allstate's discovery requests is March 27, 2025. Additionally, on February 11, 2025, Plaintiff served her first set of discovery requests on McCombs. McCombs served his responses to Plaintiff's discovery requests on March 7, 2025. McCombs must also serve his initial disclosures on the Parties.

In light of Plaintiff's extended deadline to respond to Allstate's discovery requests and McCombs' outstanding initial disclosures, the parties' intend to seek an extension of certain pre-trial deadlines, including the deadline to serve their Rule 45 subpoenas and notices of depositions currently set for March 13, 2025. The Parties are meeting to confer and discuss anticipated depositions, Rule 45 subpoenas, and other discovery issues, such as the entry of an ESI protocol and stipulated protective order.

### III. PENDING MOTIONS

Presently, there is only one pending motion — McCombs' "Answer and Affirmative Defenses, Including Motion to Dismiss and Challenge to Class Certification" which purports to seek dismissal of the Complaint and "challenges Plaintiff's attempt to certify this case as a class action." On February 20, 2025, Plaintiff filed her opposition to McCombs' Motion to Dismiss. McCombs has notified counsel for Plaintiff and Allstate that he intends to file his Reply today, March 10, 2025.

### IV. SETTLEMENT

To date, no discussions regarding settlement of this matter have taken place.

| | |
|---|---|
| */s/ Anthony I. Paronich*<br>Anthony I. Paronich<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Tel: (617) 485-0018<br>Email: anthony@paronichlaw.com<br><br>*Counsel for Plaintiff* | */s/ Jani K. Mikel*<br>JANI K. MIKEL<br>**AKERMAN LLP**<br>Illinois Bar No. 6331445<br>71 South Wacker Drive, 47th Floor<br>Chicago, Illinois  60606<br>Telephone:  (312) 634-5700<br>Facsimile:  (312) 424-1900<br>Email: jani.mikel@akerman.com<br>Email: elisa.asa@akerman.com<br><br>**- and -**<br><br>RYAN ROMAN<br>* *Admitted Pro Hac Vice*<br>**AKERMAN LLP**<br>201 East Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 463-2700<br>Facsimile: (954) 463-2224<br>Email: ryan.roman@akerman.com<br>Email: lauren.chang-williams@akerman.com<br><br>*Counsel for Defendant The Allstate Corporation* |
| */s/ Khalid McCombs*<br>Khalid McCombs<br>18200 W. 12 Mile Rd., Apt. 209<br>Southfield, MI 48076<br>Telephone: (313) 457-3157<br>Email: kmccombs25@gmail.com<br><br>*Pro Se Defendant* | |

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on March 10, 2025, the foregoing document was filed with the Court's electronic filing system on the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                 */s/  Jani K. Mikel*  
                                                 **JANI K. MIKEL, ESQUIRE**  
                                                 Illinois Bar No. 6331445