**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Kelly Bland
          Plaintiff,

v.                                                                              Case No.: 1:24–cv–07077
                                                                             Honorable Sunil R. Harjani

The Allstate Corporation, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court is in receipt of the parties' joint status report [Dkt. 25]. Any motion to extend discovery deadlines must be filed separate from a status report. That said, the Court reiterates that it is not the Court's practice to subdivide discovery and trusts the parties to manage their discovery obligations accordingly to meet their firm fact discovery deadline of 7/11/2025. The parties report they have not yet engaged in any settlement discussions [Dkt. 25]. Towards that end, the parties are to review Judge Holleb Hotaling's Standing Order on Settlement Conferences, and the parties' next status report is to detail when Plaintiff would be ready to make a settlement demand on Defendant. The parties are to file an updated joint status report on 4/8/2025.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.