IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE ALLSTATE CORPORATION D/B/A ALLSTATE HEALTH SOLUTIONS and KHALID MCCOMBS,<br><br>    Defendants. | Case No.: 1:24-CV-07077 |

**PLAINTIFF'S CONSENT MOTION TO SUBSTITUTE PARTY NAME**

The plaintiff moves to substitute the party name "Healthcare Solutions Team, LLC" for the currently named "The Allstate Corporation d/b/a Allstate Health Solutions" Fed. R. Civ. P. 21 states that "Parties may be … added by order of the Court on motion of any party or of its own motion at any stage of the action and on such terms as are just." Here, the Defendant has provided Plaintiff's counsel with sufficient information demonstrating the correct name for the entity being sued.

Dated: March 21, 2025

PLAINTIFF, on behalf of herself
and others similarly situated,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

80608865;1

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I filed the foregoing through the Court's CM/ECF system.

By: */s/ Anthony Paronich*