FILED

MAR 21 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

KELLY BLAND, on behalf of herself and others similarly situated, Plaintiff,

v.

THE ALLSTATE CORPORATION D/B/A ALLSTATE HEALTH SOLUTIONS and KHALID MCCOMBS, Defendants.

Case No.: 1:24-CV-07077

DEFENDANT KHALID MCCOMBS' RESPONSE REGARDING CONSENT

Dear Court and Counsel,

I, Khalid McCombs, respectfully submit this response regarding the claims made by Plaintiff Kelly Bland:

1. Lead Information and Consent: The lead I purchased did not contain Plaintiff's email address. Plaintiff has presented text messages showing that I asked her for her email. The fact that I had to ask for it proves that she verbally provided it to me during our conversation. There was no other way I could have obtained that information.

2. Good Faith Effort: I purchased this lead from a third-party seller who represented that the leads were compliant with Do Not Call Registry regulations. I relied on that representation and acted in good faith when contacting Plaintiff.

3. Plaintiff's History of Litigation: I have since learned that Plaintiff has a history of filing lawsuits of this nature, suggesting a pattern of behavior aimed at creating claims rather than addressing genuine harm.

4. Plaintiff's Voluntary Participation: Plaintiff engaged in the conversation as if interested. The evidence shows that she willingly provided her email, further demonstrating her consent to the communication.

1

For these reasons, I maintain that I did not violate the TCPA, as Plaintiff voluntarily provided her contact information and engaged in the conversation. I respectfully ask the Court to consider these facts as part of my defense.

I hereby certify that on [Date], I served a true and correct copy of the foregoing [Name of Document] via [method of delivery, e.g., U.S. Mail, email, or electronic filing system] to:

Paronich Law, P.C.

Anthony I. Paronich

350 Lincoln Street, Suite 2400

Hingham, MA 02043

anthony@paronichlaw.com


Respectfully submitted,


Khalid McCombs

kmccombs25@gmail.com

313-457-3157

18200 W 12 Mile Rd, Apt 209

Southfield, MI 48076

Date – March 15, 2025

Khalid McCombs
18200 W 12 Mile Rd, Apt 209
Southfield, MI, 48076

US POSTAGE PAID
FCM LETTER
REDFORD, MI 48239
MAR 15, 2025
$0.73
S2324P504012-25

60604
RDC 99

Everett McKinley Dirksen United States Courthouse
Clerks Office
219 South Dearborn St
Chicago, IL, 60604

RECEIVED
THOMAS G. BRUTON
CLERK, U.S. DISTRICT

60604-181096