

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

FILED

MAR 13 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KELLY BLAND, on behalf of herself and others similarly situated,

Plaintiff,

v.

THE ALLSTATE CORPORATION D/B/A ALLSTATE HEALTH SOLUTIONS and KHALID MCCOMBS,

Defendants.

Case No.: 1:24-CV-07077

DEFENDANT KHALID MCCOMBS' RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

INTERROGATORIES

1. Identify each person who provided the information to answer interrogatories in this case and specify the interrogatories about which each such person provided information.

Response: I, Khalid McCombs, provided the information to answer these interrogatories based on my personal knowledge and documentation maintained in relation to this case.

2. Identify all employees or vendors involved in making outbound calls as part of the campaign that contacted the Plaintiff.

Response: The lead list that included the Plaintiff's contact information was independently purchased by me, Khalid McCombs, from a third-party vendor on Fiverr, which had a 4.4 out of 5 rating at the time of purchase. The vendor represented that the leads were compliant with all applicable laws and regulations. I did not contract with any third parties to generate leads, nor did I use a dialing system platform to make calls.

3. Identify and describe the work of each employee or vendor identified in response to Interrogatory No.

1

Response: The only vendor involved was the third-party seller on Fiverr who provided the lead list. The vendor's responsibilities included sourcing and supplying leads represented as compliant with applicable laws. No other employees or vendors were involved.

4. Identify all third parties or sub-vendors used by your vendors to work for you as part of your relationship with any vendor identified in response to Interrogatory No. 2.

Response: I am not aware of any sub-vendors or third parties used by the vendor who provided the lead list. The transaction was conducted directly through Fiverr.

5. Identify each of the individuals that spoke with Plaintiff from your company or any of its vendors.

Response: I, Khalid McCombs, was the only individual who directly communicated with the Plaintiff.

6. If you contend that Plaintiff provided consent to receive solicitation telephone calls, state all facts in support of that contention and identify the date(s) on which and the means by which you contend consent was obtained.

Response: Plaintiff's contact information was obtained from a purchased lead list, which was represented as compliant. Additionally, I sent Plaintiff an email containing a quote, which demonstrates her prior engagement and consent to be contacted.

7. If you contend that a third party made the calls alleged in the complaint, identify that third party and state all facts in support of the same.

Response: I do not contend that a third party made the calls. I personally handled all communication with the Plaintiff.

8. Identify all communications you've had with any third party, other than your counsel, regarding this lawsuit.

Response: I have not communicated with any third parties regarding this lawsuit.

9. Identify by make, model, structure, and location the system(s), platform(s), and/or equipment used by you, or any vendor, to contact the Plaintiff.

Response: I did not use any telemarketing system or platform. The Plaintiff was contacted based on a purchased lead list, and communication was made using standard methods.

10. Identify and describe your relationship with Allstate.

Response: I am an independent agent contracted through HST to sell Allstate Health products. I did not obtain the lead from Allstate, nor was this part of any Allstate-directed telemarketing campaign.

11. State all facts in support of any affirmative defenses you have raised.

Response: The Plaintiff's information was obtained in good faith from a vendor who represented compliance. Furthermore, the Plaintiff has a history of similar lawsuits, which raises concerns regarding the legitimacy of her claims.

12. Identify any person whom you have disciplined, reprimanded, or taken action against for making allegedly unlawful outbound calls.

Response: I am the sole individual responsible for outreach, and no disciplinary actions have been taken.

---

REQUESTS FOR PRODUCTION OF DOCUMENTS

1. Produce all non-privileged documents used to research or draft responses to interrogatories.

Response: I will produce any non-privileged documents, including lead-related records and communications, in my possession.

2. Produce all documents supporting or contradicting any affirmative defense.

Response: I will produce the lead list containing Plaintiff's contact information and any relevant email communications.

3. Produce all documents related to Plaintiff, including all evidence of your relationship with Plaintiff.

Response: I will produce the purchased lead list and email communications with Plaintiff.

4. Produce all documents relating to any vendor's failure to comply with your policies.

Response: I am not aware of any failure by the vendor to comply with policies or agreements.

5. Produce all complaints or do-not-call requests concerning outbound calls made by you or your vendor.

Response: I have not received any complaints or do-not-call requests prior to this lawsuit.

6. Produce all agreements with any vendor that provided Plaintiff's telephone number.

Response: I purchased the lead list through Fiverr and did not enter into any additional agreements.

7. Produce all communications with any vendor that provided Plaintiff's telephone number.

Response: Communication with the vendor was limited to the transaction conducted on Fiverr.

8. Produce all agreements with any third party that dialed the calls to Plaintiff.

Response: No third party was used for dialing calls to Plaintiff.

9. Produce all communications with any third party that dialed the calls to Plaintiff.

Response: No third party was involved in making calls.

10. Produce all agreements with Allstate.

Response: I will provide my independent contractor agreement with HST for selling Allstate products.

11. Produce all communications with Allstate relating to telemarketing or lead generation.

Response: I have no such communications.

12. Produce all insurance policies covering the allegations in the lawsuit.

Response: I do not have any applicable insurance coverage.

13. Produce all indemnification agreements under which a third party may be responsible for satisfying a judgment.

Response: I do not have any indemnification agreements.

14. Produce all documents relating to TCPA compliance policies.

Response: I did not have formal written TCPA policies beyond good-faith reliance on the vendor's representations.

4

15. Produce all call detail records for telemarketing calls promoting Allstate.

Response: I did not use an automated dialing system or telemarketing platform, and no such records exist.

16. Please produce all documents relating to insurance coverage of the acts alleged by Plaintiff, including, but not limited to, all potentially applicable policies issued by any insurer and all communications with any such insurers, including, but not limited to, reservation-of-rights letters, regardless of whether or not such coverage purports to exclude the acts alleged in this matter and regardless of whether or not such insurers have declined coverage in this matter.

Response: I do not have any insurance policies that provide coverage for the allegations in this case. Additionally, I have had no communications with any insurers regarding coverage for this matter.

17. Please produce all indemnification agreements under which a third party may be responsible for satisfying all or part of a judgment that may be entered against you in this action, and all communications with those third parties.

Response: I do not have any indemnification agreements with any third parties that would cover any potential judgment in this case. Additionally, I have had no communications with any third parties regarding indemnification.

18. Please produce all documents related to policies for compliance with the TCPA or the FCC's regulations thereunder and all documents necessary to construct a timeline of when each policy was in force. This request specifically includes, but is not limited to, policies related to the following:

a) compliance with the TCPA, including, but not limited to, the rules, regulations, opinions, advisories, comments, or filings of the Federal Communications Commission that relate to the TCPA or 47 C.F.R. § 64.1200;

b) obtaining or verifying prior express consent;

c) complying with the E-SIGN Act, 15 U.S.C. §§ 7001 et seq.

Response: As an independent contractor, I did not have formal, written TCPA compliance policies. Instead, I relied in good faith on the vendor's representations that the leads provided were compliant with applicable laws and regulations. I do not have any additional responsive documents.

19. Please produce all documents containing any of the following information for each outbound telemarketing call sent by you or your vendors promoting Allstate:

a) the date and time;

b) the caller ID;

c) any recorded message used;

d) the result;

e) identifying information for the recipient; and

f) any other information stored by the call detail records.

Response: I, Khalid McCombs, did not use a dialer system, an automated telemarketing platform, or any pre-recorded messages when communicating with the Plaintiff. Therefore, I do not have call detail records or any related documents responsive to this request. If I locate any relevant records, I will produce them accordingly.

20. All communications with any third party concerning this litigation other than your attorney.

Response: I have not had any communications with third parties regarding this litigation. If I become aware of any such communications, I will supplement this response accordingly.

---

Dated: March 7, 2025

Khalid McCombs

18200 W 12 Mile Rd, Apt 209 kmccombs25@gmail.com

(313) 457-3157

Dated: March 7, 2025

CERTIFICATE OF SERVICE I hereby certify that a true and correct copy of the foregoing document has been sent to Anthony I. Paronich, counsel for Plaintiff, via [Mailing Method, e.g., Certified Mail, Return Receipt Requested], on March 7, 2025 at the following address:

6

Anthony I. Paronich

Paronich Law,

P.C. 350 Lincoln Street, Suite 2400 Hingham, MA 02043

Tel: (617) 485-0018

Email: anthony@paronichlaw.com


[Signature] Khalid McCombs





📶 Visible 🛜     12:36 PM     🔒 18% 🔋

‹     **Techpro**     •••

Away… | Local time 10:36 PM

**Timeline**     **Chat**

~~COMPLETED~~     ~~$7.78~~

📦 Here is your delivery ∧

Please give rating

⬇     1 of 1

🕐 Your delivery date was updated to 11/27/23

🕐 Order started

| Phone | First Name | Last Name | ACA/Health Quotes? | City | State | Zip |
|---|---|---|---|---|---|---|
| 8068960978 | Heather | Reinhartnskerr | Yes | Amarillo | TX | 79007 |
| 8179032161 | Kelly | Brand | Yes | Dallas | TX | 76108 |
| 9563122943 | Alma | Villarreal | Yes | Harlingen | TX | 78521 |
| 8179032161 | Kelly | Bland | Yes | Dallas | TX | 76108 |
| 9472248129 | Brittany | Morgan | Yes | Livonia | MI | 48227 |
| 3303963181 | Paula | Johnson | Yes | Akron | OH | 44310 |
| 2109876005 | Brian K Bowman | Bowman | Yes | San Antonio | TX | 78227 |
| 9036012533 | Danny | Alexander | Yes | Longview | TX | 75630 |
| 3304562980 | Ed | Shankel | Yes | Canton | OH | 44669 |
| 9373619810 | Rodger | Mathews | Yes | Dayton | OH | 45417 |
| 9153056342 | Crystal | Maldomado | Yes | El Paso | TX | 79912 |
| 4697612852 | Christopher | Courtney | Yes | Dallas | TX | 75116 |
| 9032884363 | Honnie | Peatles | Yes | Dallas | TX | 75140 |
| 9365989205 | Alissa | Williams | Yes | Center | TX | 75935 |
| 3132659931 | Cathryn | Cathryn | Yes | Livonia | MI | 48228 |
| 8439988459 | Gerald | Jackson | Yes | North Charleston | SC | 29405 |
| 9157654769 | Bryan | Martinez | Yes | Fabens | TX | 79928 |
| 8035976891 | Reggie | Jones | Yes | Columbia | SC | 29108 |
| 4095501445 | Conya | Jarrell | Yes | Beaumont | TX | 77662 |
| 2147295168 | Jesse | Holder | Yes | Farmers Branch | TX | 76036 |
| 8435057378 | Linda | Sikes | Yes | Pritchardville | SC | 29936 |
| 8542120765 | Cory | Davis | Yes | Columbia | SC | 29135 |
| 5862098083 | David | Lawerence | Yes | Southfield | MI | 48036 |
| 3613630102 | April | Ybarra | Yes | Corpus Christi | TX | 77901 |
| 8066626503 | Helen | Hudson | Yes | Amarillo | TX | 79065 |
| 9402031381 | Susan | Hull | Yes | Seymour | TX | 76371 |
| 8433010322 | Maria | Pinckney | Yes | Pritchardville | SC | 29920 |
| 4697439483 | David | Prese | Yes | Dallas | TX | 75154 |
| 7138829894 | Tammy | Piact | Yes | Houston | TX | 77011 |
| 8065138509 | Tremaine | Richardson | Yes | Amarillo | TX | 79107 |
| 3137426943 | Alita | Brown | Yes | Livonia | MI | 48203 |
| 8033788127 | Marshall | Allen | Yes | Columbia | SC | 29115 |
| 2105745200 | Jullio | Sorialo | Yes | San Antonio | TX | 78218 |
| 2166624151 | Egward | Stapes | Yes | Maple Heights | OH | 44125 |
| 9377797392 | Carol | Taylors | Yes | Harrison Twp | OH | 45693 |
| 8328141066 | Alma | Eht | Yes | Houston | TX | 77090 |
| 5865560979 | Mike | Hunt | Yes | Detroit | MI | 48066 |
| 8034106594 | Gloria | Thompson | Yes | Columbia | SC | 29001 |
| 2168084543 | Robert | Dormendo | Yes | Cleveland | OH | 44130 |
| 8102593741 | Laverne | Harlston | Yes | Livonia | MI | 48505 |
| 8067663330 | Isidoro | Valdez | Yes | Lubbock | TX | 79423 |
| 2107906524 | Sherry | Rowlingcamp | Yes | San Antonio | TX | 78245 |
| 5123764226 | Marszeda | Hick | Yes | Lockhart | TX | 78702 |
| 4697449026 | Chanvanda | Louis | Yes | Euless | TX | 65154 |
| 8308371914 | Rachel | Norton | Yes | Schertz | TX | 78130 |
| 4325304376 | Chris | Barrientes | Yes | Odessa | TX | 79763 |

| DOB | Age |
|---|---|
| 9/20/1977 | 46 |
| 5/31/1979 | 44 |
| 1/11/1961 | 62 |
| 5/31/1979 | 44 |
| 7/26/1999 | 24 |
| 1/30/1962 | 61 |
| 7/5/1970 | 53 |
| 5/9/1962 | 61 |
| 2/18/1966 | 57 |
| 11/30/1964 | 59 |
| 7/27/1980 | 43 |
| 11/12/1966 | 57 |
| 7/7/1970 | 53 |
| 3/3/1971 | 52 |
| 2/2/1970 | 53 |
| 12/20/1960 | 62 |
| 2/5/1964 | 59 |
| 6/16/1978 | 45 |
| 4/8/1971 | 52 |
| 4/1/1986 | 37 |
| 5/15/1973 | 50 |
| 4/18/1980 | 43 |
| 11/6/1962 | 61 |
| 10/19/1978 | 45 |
| 12/20/1968 | 54 |
| 7/4/1971 | 52 |
| 7/11/1970 | 53 |
| 10/13/1973 | 50 |
| 2/1/1976 | 47 |
| 2/29/1976 | 47 |
| 6/24/1975 | 48 |
| 5/19/1959 | 64 |
| 7/7/1996 | 27 |
| 12/23/1969 | 53 |
| 9/26/1963 | 60 |
| 1/19/1964 | 59 |
| 1/1/2000 | 23 |
| 12/22/1962 | 60 |
| 2/9/1968 | 55 |
| 7/20/1964 | 59 |
| 11/28/1968 | 55 |
| 8/26/1995 | 28 |
| 7/12/1960 | 63 |
| 9/25/1993 | 30 |
| 8/31/1991 | 32 |
| 5/17/1970 | 53 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6823806754 | Shakeyia | Houston | Yes | Dallas | TX | 76134 |
| 2103153659 | Monica | Hoble | Yes | San Antonio | TX | 78250 |
| 4194943644 | Robert | Private | Yes | Toledo | OH | 44306 |
| 2149032264 | Cynthia | Morrow | Yes | Dallas | TX | 75119 |
| 9792821718 | Debra | Bowsier | Yes | Wharton | TX | 77488 |
| 9377169745 | Cameron | Taylor | Yes | Harrison Twp | OH | 45414 |
| 3614260087 | Maximilino | Leal | Yes | Corpus Christi | TX | 78407 |
| 9794291802 | Royce S | Coody | Yes | Houston | TX | 77414 |
| 4692335583 | Zarwali | Zurmati | Yes | Dallas | TX | 75243 |

| Date | Value |
|---:|---:|
| 10/31/1975 | 48 |
| 9/8/1975 | 48 |
| 9/9/1975 | 48 |
| 6/4/1963 | 60 |
| 12/14/1966 | 56 |
| 3/15/1986 | 37 |
| 7/18/1966 | 57 |
| 3/19/1968 | 55 |
| 1/1/2000 | 23 |

EXPECTED DELIVERY DAY: 03/10/25

USPS TRACKING® #

9505 5135 2201 5066 8512 25

PRESS FIRMLY TO SEAL

POSTAL SERVICE® PRIORITY MAIL

Retail

U.S. POSTAGE PAID
PM
REDFORD, MI 48239
MAR 07, 2025



60604

$10.10

RDC 03    0 Lb 3.50 Oz    S2324P503972-92

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

RECEIVED
MAR 13 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Khalid McCombs
18200 W 12 Mile Rd, Apt 209
Southfield, MI, 48076

TO: Northern District of Illinois,
Eastern Division, Clerk of the Court,
219 South Dearborn St
Chicago, IL, 60604

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED


PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2


PAPER POUCH
how2recycle.info

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE