IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**FILED**

**MAR 21 2025**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KELLY BLAND, on behalf of herself and others similarly situated, Plaintiff,

v.

THE ALLSTATE CORPORATION D/B/A ALLSTATE HEALTH SOLUTIONS and KHALID MCCOMBS, Defendants.

Case No.: 1:24-CV-07077

DEFENDANT KHALID MCCOMBS' AMENDED RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Dated: March 15, 2025,

TO: Anthony I. Paronich, Counsel for Plaintiff,

Paronich Law, P.C.,

350 Lincoln St, Ste 2400,

Hingham, MA, 02043

Dear Mr. Paronich: I am writing in response to your correspondence regarding the adequacy of my initial discovery responses. After reviewing your comments, I understand your concerns and have amended my responses accordingly. Please find the revised responses below.

Initial Disclosures:

I apologize for the omission of the initial disclosures. I will promptly provide my initial disclosures, which will include the names, addresses, and telephone numbers of all individuals likely to have discoverable information, as well as a description of the documents, electronically stored information, and tangible things in my possession or control that support my claims or defenses. I will ensure that these disclosures are submitted within 14 days of this response.

1

AMENDED RESPONSES TO INTERROGATORIES:

1. Interrogatory No. 2 – Telephone Dialing System:

Original Response: I did not use any telemarketing system or platform.

Amended Response: I did not use any automated telemarketing system or third-party dialing platform to contact the Plaintiff. The calls were made manually using my personal cell phone. I did not contract any employees to make calls on my behalf. The lead list that included the Plaintiff's contact information was purchased directly from a vendor on Fiverr, and I made the calls personally.

2. Interrogatory No. 9 – System or Platform Used: Original Response: "I did not use any telemarketing system or platform.

Amended Response: I did not use any telemarketing system or platform to contact the Plaintiff. The calls made to the Plaintiff were manual, using my personal cell phone, and not through an automated dialer or other similar systems. There are no additional systems or platforms to identify as part of this communication.

AMENDED RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS (RPD):

3. RPD No. 19 – Call Detail Records:

Original Response: I did not use an automated dialing system or telemarketing platform, and no such records exist.

Amended Response: I did not use an automated dialing system or telemarketing platform to make calls to the Plaintiff. The communication was done manually through my personal cell phone. As a result, there are no call detail records, such as those typically generated by an automated system or dialer. If any phone company records related to the calls exist, I will investigate and provide those if they are discovered.

4. RPD No. 20 – Communications with Allstate Regarding this Litigation:

2

Original Response: "I have not had any communications with third parties regarding this litigation.

Amended Response: I apologize for the oversight. I have not had any communications with Allstate or any third party regarding this specific litigation. However, I will make an effort to confirm and provide any documents that may come to light through further review. If such communications arise, I will supplement my response accordingly.

Additional Clarifications and Documents:

• Agreement with Allstate: As mentioned in my previous responses, I am an independent agent contracted through HST to sell Allstate products. I will provide the agreement with HST for my independent contractor status relating to Allstate at the earliest opportunity.

• Communications with Allstate About Lead Generation: I have not had any communications with Allstate about lead generation or acquiring new customers, nor did I obtain the Plaintiff's contact information through any lead generation efforts initiated by Allstate. The lead list in question was independently purchased from a third-party vendor on Fiverr, which was represented as compliant with applicable laws.

I trust that these amended responses and clarifications address your concerns. If you have any further questions or need additional documents, please feel free to reach out. I remain committed to ensuring the discovery process moves forward in good faith and in full compliance with the Federal Rules of Civil Procedure.

Thank you for your attention to this matter.

Sincerely,

Khalid McCombs

18200 W 12 Mile Rd, Apt 209

kmccombs25@gmail.com

(313) 457-3157

CERTIFICATE OF SERVICE I hereby certify that a true and correct copy of the foregoing document has been sent to Anthony I. Paronich, counsel for Plaintiff, via [Mailing Method, e.g., Certified Mail, Return Receipt Requested], on March 15, 2025, at the following address:

Paronich Law, P.C.

Anthony I. Paronich

350 Lincoln Street, Suite 2400

Hingham, MA 02043

anthony@paronichlaw.com

Respectfully submitted,

Khalid McCombs

Khalid McCombs
18200 W 12 Mile Rd, Apt 209
Southfield, MI, 48076

Retail
U.S. POSTAGE PAID
FCM LETTER
REDFORD, MI 48239
MAR 15, 2025
$0.73
60604
RDC 99
S2324P504012-25

Everett McKinley Dirksen United State Courthouse
Clerks Office
219 South Dearborn St
Chicago, IL, 60604

RECEIVED
MAR 21 2025

60604-181096