IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KELLY BLAND, on behalf of herself and others similarly situated,
Plaintiff,

v.

HEALTHCARE SOLUTIONS TEAM, LLC and KHALID MCCOMBS,
Defendants.

FILED

MAR 28 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
MN

Case No.: 1:24-CV-07077

NOTICE OF FILING ADDITIONAL EVIDENCE

To: The Clerk of the Court and All Parties of Record:

I, Khalid McCombs, Defendant Pro Se, hereby provide notice of filing additional evidence in support of my Response to Plaintiff's Complaint. The additional evidence submitted is as follows:

1. Lead List Document:

A copy of the lead list obtained from a third-party lead provider, showing the Plaintiff's contact information. This document supports my claim that Plaintiff's information was obtained through a source representing the leads as compliant with applicable consent requirements. Furthermore, the vendor explicitly stated that the leads were DNC-scrubbed, indicating that they were verified against the Do Not Call list prior to being provided to me.

2. Fiverr Communications:

Screenshots of conversations with the Fiverr seller from whom the lead list was purchased. These communications reflect my understanding that the leads were obtained in good faith and with proper consent. Additionally, the screenshots confirm that no email was provided on the lead list and that the vendor represented these as opt-in leads, meaning Plaintiff consented to receive calls. Furthermore, Plaintiff verbally gave me her email during our conversation so I could provide her with a quote — further evidence that she engaged willingly.

1

3. Visible Account Suspension and Reactivation Screenshots:

Screenshots confirming that my Visible phone account was suspended on September 20, 2023, and reactivated on December 21, 2023. The alleged conversation with Plaintiff took place on November 26, 2023, during the period when my Visible account was inactive. Therefore, no data exists from Visible for that time frame. Additionally, I used Boost Mobile or Metro during those months, making it impossible for any communication to have occurred through my Visible account.

This evidence further supports my defense that Plaintiff's information was obtained in good faith and with proper consent, and that I made reasonable efforts to comply with the law. Additionally, I respectfully assert that this case should be dismissed entirely, as the evidence shows Ms. Kelly Bland opted in to receive calls, willingly provided her email for a quote, and actively participated in the conversation.

Moreover, it is worth noting that Ms. Kelly Bland is known for her litigation activity and appears to be a professional litigant. I request that her actions be closely examined for this case and any other lawsuits she is involved in, as her conduct may be indicative of a pattern of litigation.

Attachments will be provided to the Clerk of the Court and sent to all parties involved in counsel.

Respectfully submitted,

Khalid McCombs
Pro Se
18200 W 12 Mile Rd, Apt 209
Southfield, Michigan 48076
kmccombs25@gmail.com

Dated: March 24, 2025

Certificate of Service:

I, Khalid McCombs, hereby certify that on this March 24, 2025, a true and correct copy of the foregoing Notice of Filing Additional Evidence and attached evidence was served upon the following parties via Certified Mail, U.S. Mail, or Email:

Paronich Law, P.C.
Anthony Paronich

2

350 Lincoln Street, Suite 2400
Hingham, MA 02043
Email: anthony@paronichlaw.com

Clerk of the Court
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Dated: March 24, 2025

Respectfully submitted,
Khalid McCombs

| Phone | First Name | Last Name | ACA/Health Quotes? | City | State | Zip |
|---|---|---|---|---|---|---|
| 8068960978 | Heather | Reinhartnskerr | Yes | Amarillo | TX | 79007 |
| 8179032161 | Kelly | Brand | Yes | Dallas | TX | 76108 |
| 9563122943 | Alma | Villarreal | Yes | Harlingen | TX | 78521 |
| 8179032161 | Kelly | Bland | Yes | Dallas | TX | 76108 |
| 9472248129 | Brittany | Morgan | Yes | Livonia | MI | 48227 |
| 3303963181 | Paula | Johnson | Yes | Akron | OH | 44310 |
| 2109876005 | Brian K Bowman | Bowman | Yes | San Antonio | TX | 78227 |
| 9036012533 | Danny | Alexander | Yes | Longview | TX | 75630 |
| 3304562980 | Ed | Shankel | Yes | Canton | OH | 44669 |
| 9373619810 | Rodger | Mathews | Yes | Dayton | OH | 45417 |
| 9153056342 | Crystal | Maldomado | Yes | El Paso | TX | 79912 |
| 4697612852 | Christopher | Courtney | Yes | Dallas | TX | 75116 |
| 9032884363 | Honnie | Peatles | Yes | Dallas | TX | 75140 |
| 9365989205 | Alissa | Williams | Yes | Center | TX | 75935 |
| 3132659931 | Cathryn | Cathryn | Yes | Livonia | MI | 48228 |
| 8439988459 | Gerald | Jackson | Yes | North Charleston | SC | 29405 |
| 9157654769 | Bryan | Martinez | Yes | Fabens | TX | 79928 |
| 8035976891 | Reggie | Jones | Yes | Columbia | SC | 29108 |
| 4095501445 | Conya | Jarrell | Yes | Beaumont | TX | 77662 |
| 2147295168 | Jesse | Holder | Yes | Farmers Branch | TX | 76036 |
| 8435057378 | Linda | Sikes | Yes | Pritchardville | SC | 29936 |
| 8542120765 | Cory | Davis | Yes | Columbia | SC | 29135 |
| 5862098083 | David | Lawerence | Yes | Southfield | MI | 48036 |
| 3613630102 | April | Ybarra | Yes | Corpus Christi | TX | 77901 |
| 8066626503 | Helen | Hudson | Yes | Amarillo | TX | 79065 |
| 9402031381 | Susan | Hull | Yes | Seymour | TX | 76371 |
| 8433010322 | Maria | Pinckney | Yes | Pritchardville | SC | 29920 |
| 4697439483 | David | Prese | Yes | Dallas | TX | 75154 |
| 7138829894 | Tammy | Piact | Yes | Houston | TX | 77011 |
| 8065138509 | Tremaine | Richardson | Yes | Amarillo | TX | 79107 |
| 3137426943 | Alita | Brown | Yes | Livonia | MI | 48203 |
| 8033788127 | Marshall | Allen | Yes | Columbia | SC | 29115 |
| 2105745200 | Jullio | Sorialo | Yes | San Antonio | TX | 78218 |
| 2166624151 | Egward | Stapes | Yes | Maple Heights | OH | 44125 |
| 9377797392 | Carol | Taylors | Yes | Harrison Twp | OH | 45693 |
| 8328141066 | Alma | Eht | Yes | Houston | TX | 77090 |
| 5865560979 | Mike | Hunt | Yes | Detroit | MI | 48066 |
| 8034106594 | Gloria | Thompson | Yes | Columbia | SC | 29001 |
| 2168084543 | Robert | Dormendo | Yes | Cleveland | OH | 44130 |
| 8102593741 | Laverne | Harlston | Yes | Livonia | MI | 48505 |
| 8067663330 | Isidoro | Valdez | Yes | Lubbock | TX | 79423 |
| 2107906524 | Sherry | Rowlingcamp | Yes | San Antonio | TX | 78245 |
| 5123764226 | Marszeda | Hick | Yes | Lockhart | TX | 78702 |
| 4697449026 | Chanvanda | Louis | Yes | Euless | TX | 65154 |
| 8308371914 | Rachel | Norton | Yes | Schertz | TX | 78130 |
| 4325304376 | Chris | Barrientes | Yes | Odessa | TX | 79763 |

| DOB | Age |
|---|---|
| 9/20/1977 | 46 |
| 5/31/1979 | 44 |
| 1/11/1961 | 62 |
| 5/31/1979 | 44 |
| 7/26/1999 | 24 |
| 1/30/1962 | 61 |
| 7/5/1970 | 53 |
| 5/9/1962 | 61 |
| 2/18/1966 | 57 |
| 11/30/1964 | 59 |
| 7/27/1980 | 43 |
| 11/12/1966 | 57 |
| 7/7/1970 | 53 |
| 3/3/1971 | 52 |
| 2/2/1970 | 53 |
| 12/20/1960 | 62 |
| 2/5/1964 | 59 |
| 6/16/1978 | 45 |
| 4/8/1971 | 52 |
| 4/1/1986 | 37 |
| 5/15/1973 | 50 |
| 4/18/1980 | 43 |
| 11/6/1962 | 61 |
| 10/19/1978 | 45 |
| 12/20/1968 | 54 |
| 7/4/1971 | 52 |
| 7/11/1970 | 53 |
| 10/13/1973 | 50 |
| 2/1/1976 | 47 |
| 2/29/1976 | 47 |
| 6/24/1975 | 48 |
| 5/19/1959 | 64 |
| 7/7/1996 | 27 |
| 12/23/1969 | 53 |
| 9/26/1963 | 60 |
| 1/19/1964 | 59 |
| 1/1/2000 | 23 |
| 12/22/1962 | 60 |
| 2/9/1968 | 55 |
| 7/20/1964 | 59 |
| 11/28/1968 | 55 |
| 8/26/1995 | 28 |
| 7/12/1960 | 63 |
| 9/25/1993 | 30 |
| 8/31/1991 | 32 |
| 5/17/1970 | 53 |

| 6823806754 | Shakeyia | Houston | Yes | | Dallas | TX | 76134 |
| 2103153659 | Monica | Hoble | Yes | | San Antonio | TX | 78250 |
| 4194943644 | Robert | Private | Yes | | Toledo | OH | 44306 |
| 2149032264 | Cynthia | Morrow | Yes | | Dallas | TX | 75119 |
| 9792821718 | Debra | Bowsier | Yes | | Wharton | TX | 77488 |
| 9377169745 | Cameron | Taylor | Yes | | Harrison Twp | OH | 45414 |
| 3614260087 | Maximilino | Leal | Yes | | Corpus Christi | TX | 78407 |
| 9794291802 | Royce S | Coody | Yes | | Houston | TX | 77414 |
| 4692335583 | Zarwali | Zurmati | Yes | | Dallas | TX | 75243 |

| | |
|---|---|
| 10/31/1975 | 48 |
| 9/8/1975 | 48 |
| 9/9/1975 | 48 |
| 6/4/1963 | 60 |
| 12/14/1966 | 56 |
| 3/15/1986 | 37 |
| 7/18/1966 | 57 |
| 3/19/1968 | 55 |
| 1/1/2000 | 23 |



# Techpro
@mansoorijaz

★ **4.4** (17)  |  Level 1 ◆

♡ Save                    💬 Contact

**About**          **Gigs**          **Reviews**

## User information

Having experience in technology sector and spent over two decades I am a tech pro. I have spent over a decade in job and another decade in web development, data science and technology advisory business. You can consult me for API setup, Ecommerce system, Website for any niche and industry and also for several type of consumer and business leads.

 From
**Pakistan (Sun 9:02 PM)**

Visible · 12:02 PM · 27%

# Techpro
@mansoorijaz

★ 4.4 (17) | Level 1 ◆ ◇ ◇

♡ Save    💬 Contact

**About**        **Gigs**        **Reviews**

---

# Overall rating                    ★ 4.4

**Seller communication level**      ★ 4.4

**Quality of delivery**             ★ 4.3

**Value of delivery**               ★ 4.0

---

**Sorted by**                    **Most Relevant**

 **claireasalways**              ★ 4.0
🇺🇸 United States
10 months ago

Good good goood

.ıll Visible 🛜     **12:36 PM**     ⏺ 18% 🔋

<       **Techpro**      **• • •**

Away... | Local time 10:36 PM

**Timeline**          **Chat**

COMPLETED      $7.70

📦 **Here is your delivery**      ⌃

Please give rating

⤓      **1 of 1**

🗓 **Your delivery date was updated to 11/27/23**

🗓 **Order started**



**⊪⊪⊪ Visible** 🔀     **10:38 PM**     ⓒ **3%** 🔋

<      **Techpro**      📋     •••
Away... | Local time 7:37 AM

 **Techpro**   11:32 PM

Hi, Thank y   Nov 20, 2023    e. I can surely provide you high quality converting leads. Do you have any specific demand, criteria like age, states etc. How many leads you need?

**S**    **Me**   11:33 PM

50 and Health insurance and Aca plans under 65

**S**    **Me**   11:33 PM

I sale life insurance as well

**S**    **Me**   11:39 PM

Real time leads is all I want

Nov 21, 2023

 **Techpro**   3:46 AM

Hi how are you! Yes the leads are within a week let me know any specific states or criteria thanks

 **Techpro**   6:34 AM      ⌄

Your file is ready Please place the order so i can deliver



**ꞏꞏlꞏCꞏ Visible 📶** **10:38 PM** ☯ 3% 🔋

< **Techpro** 🗒 •••

Away... | Local time 7:37 AM



**Techpro** 11:32 PM

Hi, Thank y   Nov 20, 2023   e. I can surely provide you high quality converting leads. Do you have any specific demand, criteria like age, states etc. How many leads you need?

**S**

**Me** 11:33 PM

50 and Health insurance and Aca plans under 65

**S**

**Me** 11:33 PM

I sale life insurance as well

**S**

**Me** 11:39 PM

Real time leads is all I want

Nov 21, 2023



**Techpro** 3:46 AM

Hi how are you! Yes the leads are within a week let me know any specific states or criteria thanks



**Techpro** 6:34 AM



Your file is ready Please place the order so i can deliver

**Visible**    10:38 PM    4%

**Techpro**
Away... | Local time 7:38 AM


**Techpro** 3:    Nov 21, 2023
Hi how are you! Yes the leads are within a week let me know any specific states or criteria thanks


**Techpro** 6:34 AM
Your file is ready Please place the order so i can deliver


**Me** 7:31 AM
I never even told you my states


**Techpro** 7:34 AM
if you have any specific states do let me know i will filter it out thanks


**Me** 7:38 AM
OHIO, Kentucky, Michigan , Texas, and Virginia

**Techpro** 7:40 AM
Let me check i will let you know as soon as your file is ready thanks

**Techpro** 7:46 AM
Yes we have leads available in these states kindly place your order so I can deliver thanks

 Visible 📶    **10:38 PM**    @ 5% 🔋

<    **Techpro**    
Away... | Local time 7:38 AM

 **Techpro** 7:3⁄ ^^
if you have a.  Nov 21, 2023    ⌐ do let me know i
will filter it out thanks

 **Me** 7:38 AM
OHIO, Kentucky, Michigan , Texas, and Virginia

 **Techpro** 7:40 AM
Let me check i will let you know as soon as your
file is ready thanks

 **Techpro** 7:46 AM
Yes we have leads available in these states kindly
place your order so I can deliver thanks

 **Techpro** 8:30 AM
Your file is ready as soon as you place the order i
will deliver thanks

 **Me** 8:47 AM
Real time leads ? Address, zip, phone number,
email, date of birth , smoker non smoker,
address, and what type of plan there looking for?

 **Techpro** 9:48 AM
We have Optin leads for general insurance where



**Techpro**
Away... | Local time 7:38 AM



Techpro 8:30 AM
Your file is r  Nov 21, 2023  )u place the order i
will deliver t..



**Me**  8:47 AM
Real time leads ? Address, zip, phone number, email, date of birth , smoker non smoker, address, and what type of plan there looking for?



**Techpro**  9:48 AM
We have Optin leads for general insurance where we ask them if they will be getting calls from our affiliates for different programs



**Techpro**  9:53 AM
Address, zip, phone number, date of birth, smoker non-smoker, address? these are the headers we have



**Me**  12:00 PM
And are the leads washed



**Techpro**  1:01 PM
Yes all leads are DNC scrubbed





**Me**  1:27 PM
Does email address come in the headers



.nll Visible 🛜      **10:39 PM**      @ 6% 🔋

<       **Techpro**          •••
Away... | Local time 7:39 AM

I'll make an order after you confirm that

**Nov 21, 2023**

 **Techpro**   1:31 PM

no we don't have an email address in the
Headers

**S**    **Me**   1:36 PM

Why not?

 **Techpro**   1:37 PM

we don't collect it

**S**    **Me**   1:56 PM

I'm licence in Mi,Ky,Tx,Virginia,and Ohio
Please include Email, DOB ,Address, full name ,
smoker, household income, Individual or family
plan, phone number and zip code please

 **Techpro**   2:09 PM

As I told you earlier as well that we don't have
Email addresses and Plan information in our
headers, other headers will be in the file thanks

⌄

**Techpro**   2:28 PM

But still I will look into it

 

**Visible** 📶 🛜                    **10:39 PM**                    📍 7% 🔋



‹                    **Techpro**                    📋        •••
              Away... | Local time 7:39 AM

**S**  **Me**  1:36 PM
     Why not?        Nov 21, 2023

 **Techpro**  1:37 PM
we don't collect it

**S**  **Me**  1:56 PM
I'm licence in Mi,Ky,Tx,Virginia,and Ohio
Please include Email, DOB ,Address, full name ,
smoker, household income, Individual or family
plan, phone number and zip code please

 **Techpro**  2:09 PM
As I told you earlier as well that we don't have
Email addresses and Plan information in our
headers, other headers will be in the file thanks

 **Techpro**  2:28 PM
But still I will look into it

**S**  **Me**  10:27 PM
I may need more tomorrow

Today

**Visible** 🛜    10:02 AM    ⓐ 36% 🔋

<         📥   🗑   ✉   •••

# Account suspension   Inbox     ☆

**Visible**   Sep 20, 2023     Unsubscribe   •••

to me ⌄



# Account Suspension

Hey Khalid,

Since you missed a payment, we had to suspend your Visible service. We hate to do it, but it had to happen. Now it isn't the end of the world because, once you make a payment, service will return. Now is an excellent time to take care of that. (In the meantime, your phone can still call 911, if needed.)

 Visible

**4:45 PM**

97%

# Welcome (back). Inbox

 Visible Dec 21, 2023 Unsubscribe •••

to me ⌄



# v˙s˙ble
## by Verizon

# Welcome (back).

## Hey Khalid,

Long time, no see. We were worried about you for a second, but are

 Visible  4:45 PM  97%

# Hey Khalid,

Long time, no see. We were worried about you for a second, but are happy you're back. Your account for xxx-xxx-3157 is good to go again.

Make sure you redownload the app if you deleted it (we forgive you).







FSC

how2recycle

**PRESS FIRMLY TO SEAL**

~~ELIVERY~~ DELIVERY DAY: 03/26/25

~~S~~ TRACKING® #



9505 5135 2201 5083 8571 49

PRIORITY® MAIL


Retail


UNITED STATES POSTAL SERVICE®



U.S. POSTAGE PAID
PM
REDFORD, MI 48239
MAR 24, 2025

60604

$10.10

RDC 03    0 Lb 4.70 Oz    S2324P503972-92

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**FROM:** Khalid McCombs
18200 W 12 Mile Rd, Apt 209
Southfield, MI, 48076

RECEIVED

~~RECEIVED~~

MAR 28 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

~~THOMAS G. BRUTON~~
~~U.S. DISTRICT COURT~~

**TO:** Clerk of Court
United States District Court
Northern District of Illinois
219 S Dearborn St
Chicago, IL, 60604

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED


PS00001000014

**EP14F October 2023**
OD: 12 1/2 x 9 1/2


PAPER POUCH

how2recycle.info

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.