

**Andrew Perrong <a@perronglaw.com>**

---

## Bland v. Allstate - Joint Status Report

---

**Lid McCombs** <kmccombs25@gmail.com>  
To: Andrew Perrong <a@perronglaw.com>

Sat, Mar 15, 2025 at 7:55 PM

Mr. Perrong

I understand you're inquiring about AI use in my filings. To my knowledge, the court has not ordered any AI-related disclosures from me at this time. If the court requires such a disclosure, I will comply accordingly.

Otherwise, my focus remains on ensuring the accuracy and integrity of my submissions, as required by the Federal Rules of Civil Procedure.

[Quoted text hidden]