IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS TEAM, LLC and KHALID MCCOMBS,<br><br>    Defendants. | Case No.: 1:24-CV-07077 |

**PLAINTIFF'S PARTIALLY CONSENTED TO MOTION TO CONTINUE**

The Plaintiff Kelly Bland, with the consent of Healthcare Solutions Team, LLC[1], seek to continue this Court's telephonic hearing from April 8, 2025 at 9:15 AM to April 16, 2025 to 9:15 AM. Counsel for Healthcare Solutions Team, LLC is also available on this date and time. Counsel for the Plaintiff is asking for this brief continuance as they have to travel out of state for another hearing on April 8, 2025 and would not be able to attend the current hearing date and time, even telephonically.

RESPECTFULLY SUBMITTED AND DATED this 3rd day of April, 2025.

        By: *Anthony I. Paronich*
           Anthony I. Paronich
           anthony@paronichlaw.com
           PARONICH LAW, P.C.
           350 Lincoln Street, Suite 2400
           Hingham, Massachusetts 02043
           Telephone: (617) 738-7080
           Facsimile: (617) 830-0327

---

[1] Counsel for the Plaintiff contacted Mr. McCombs about this motion, but he did not respond.

78158861;4

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, I electronically sent the foregoing to counsel of record for the Defendant.

                                                /s/ *Anthony I. Paronich*
                                                Anthony I. Paronich