# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kelly Bland

                         Plaintiff,

v.                                      Case No.: 1:24−cv−07077
                                      Honorable Sunil R. Harjani

Healthcare Solutions Team, LLC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court is in receipt of Defendant McCombs's motion to quash [Dkt. 39] Plaintiff's subpoenas to various third−party entities (potentially Fiverr, Visible, Google, OpenAI, but the subpoenas have not been attached to Plaintiff's motion). Plaintiff is to file a response by 4/18/2025. Plaintiff is to append the subpoenas themselves along with any service documents, etc. to her response. No reply shall be filed unless the Court orders one. The Court plans to rule via CM/ECF. To the extent Plaintiff receives any subpoena responses from the third−parties that are the subject of Defendant's motion to quash, Plaintiff is not to review those documents until the Court rules on Defendant's motion to quash.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.