**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS TEAM, LLC and KHALID MCCOMBS,<br><br>    Defendants. | Case No.: 1:24-CV-07077 |

**JOINT STATUS REPORT**

Plaintiff Kelly Bland ("Plaintiff"), Defendant Healthcare Solutions Team, LLC ("HST") and Defendant Khalid McCombs ("McCombs") have conferred and hereby file this Joint Status Report per the Court's March 11, 2025 Order [Dkt. 26]. The Parties state as follows:

### I.   SUBSTITUTION OF DEFENDANT

On March 21, 2025, the Court granted Plaintiff's Motion to Substitute Party Name, specifically substituting HST for The Allstate Corporation [Dkt. 28].

### II.   DISCOVERY

The Parties are currently engaging in written discovery. In light of HST substituting into this matter, the Parties have reserved their discovery. Plaintiff served discovery requests on HST on March 21, 2025, and HST's deadline to respond to the discovery is April 21, 2025. HST served its discovery requests on Plaintiff on April 4, 2025, and Plaintiff's deadline to respond is May 5, 2025.

Plaintiff served three sets of discovery requests on McCombs. On March 21, 2025, McCombs filed his amended responses to Plaintiff's First Set of Interrogatories and Requests for

Production of Document and his initial disclosures [Dkts. 32-33]. On March 23, 2025, McCombs served his responses to Plaintiff's second and third sets of discovery. The same day, McCombs also served his First Set of Interrogatories on Plaintiff.

Plaintiff and HST have met and conferred regarding deposition. Plaintiff anticipates taking McCombs deposition in the next 30-45 days.

Additionally, Plaintiff and HST are in agreement that extensions of discovery and other pre-trial and trial deadlines need to be extended in light of the recent substitution of HST for Allstate in this action.

### III.  PENDING MOTIONS

There are several pending motions. McCombs filed several Motions to Quash—Motion to Quash Subpoena Issued to Visible Mobile, Motion to Quash Subpoena Issued to Google LLC, Motion to Quash Subpoena Issued to Fiverr, LLC and Motion to Quash Subpoena Issued to Chat GBT—on March 23, 2025. The same day, McCombs also served his supplemental Motion to Dismiss, which he confirmed was also sent via certified mail to the clerk. On March 24, 2025, McCombs filed his Reply In Support of His Motion To Dismiss [Dkt. 29].

On March 31, 2025, Plaintiff filed a Motion to Strike seeking to strike several of McCombs' filings on the grounds that they constitute discovery materials and to strike McCombs Reply in Support of his Motion to Dismiss. [Dkt. 35]. The Motion seeks an order addressing the issue of improper filings as well as the alleged use of AI in McCombs' filings and pleadings. *Id.* On April 8, 2025, McCombs served his Response to Plaintiff's Motion to Strike.

### IV.  SETTLEMENT

The Plaintiff will be in a position to make a settlement demand when she receives the appropriate data regarding the amount of telemarketing calls made by Mr. McCombs for HST.

Discovery that is the subject of a forthcoming motion to compel. The Plaintiff also needs evidence from HST regarding its relationship with Mr. McCombs, which has been sought in the pending discovery.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

*/s/ Khalid McCombs*
Khalid McCombs
18200 W. 12 Mile Rd., Apt. 209
Southfield, MI 48076
Telephone: (313) 457-3157
Email: kmccombs25@gmail.com

*Pro Se Defendant*

*/s/ Jani K. Mikel*
JANI K. MIKEL
**AKERMAN LLP**
Illinois Bar No. 6331445
71 South Wacker Drive, 47th Floor
Chicago, Illinois 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900
Email: jani.mikel@akerman.com
Email: elisa.asa@akerman.com

**- and -**

RYAN ROMAN
*\* Admitted Pro Hac Vice*
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: ryan.roman@akerman.com
Email: lauren.chang-williams@akerman.com

*Counsel for Defendant Healthcare Solutions Teams, LLC*