# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kelly Bland

                                  Plaintiff,

v.                                                         Case No.: 1:24–cv–07077

                                                                                 Honorable Sunil R. Harjani

Healthcare Solutions Team, LLC, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 11, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court is in receipt of Plaintiff's motion to compel [Dkt. 45]. Defendant McCombs is to file a short response (no more than 5 pages) by 4/24/2025. No reply shall be filed unless ordered by the Court. The Court expects to rule via CM/ECF.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.