

MB
FILED
4/10/2025
RM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


Case No.: 1:24-CV-07077


KELLY BLAND, on behalf of herself and others similarly situated,
Plaintiff,

v.


THE ALLSTATE CORPORATION D/B/A ALLSTATE HEALTH SOLUTIONS
and KHALID MCCOMBS,
Defendants.



MOTION TO QUASH SUBPOENA

Defendant, Khalid McCombs, hereby files this motion to quash the subpoena issued by Plaintiff's counsel seeking production of certain documents and communications. In support of this motion, Defendant respectfully states the following:


1. Overly Broad and Unreasonable Requests:


The subpoena requests that I produce my entire phone records, including calls and text messages, from August 12, 2020, through the present. This request is unreasonable and burdensome for several reasons. First, I was only licensed as an insurance agent in November 2022, and I did not enter into a contractual relationship with HST or Allstate until August 2023. Prior to this time, I was not actively engaged in any business activity that would generate the requested phone records. Additionally, I did not begin working for Allstate as an agent until August 2023, and even then, my work has been part-time and minimal.


2. Phone Carrier and Access to Records:


At the time of the requested records, I was not using Visible as my phone carrier. As a result, it is highly unlikely that the requested records could even be obtained from Visible. To verify this, I have already made a request for a download of files from Visible for the relevant period. Unfortunately, the files I

received were blank and contain no usable data. As such, the requested records do not exist in a form that could be provided to the Plaintiff.

3. Impossibility of Compliance:

Given the above, I am unable to provide the requested call logs or text message records for the period in question. Furthermore, the records I do have are not relevant to the Plaintiff's claims, as my actions only commenced in late 2022, and my work as a licensed agent only began in 2023 with minimal activity.

4. Unethical Request:

The Plaintiff's request for a comprehensive download of my communications, spanning multiple years prior to my involvement in this case, is overly broad and unethical. It appears to be a fishing expedition rather than a reasonable request for evidence directly related to the claims at issue in this case.

5. Plaintiff's Counsel's Mistake Regarding Entity:

Additionally, Plaintiff's counsel, Andrew R. Perrong, has made a significant error regarding the entity involved in this matter. Initially, the subpoena identified the business entity as "Allstate" instead of the correct name, "Healthcare Solution Team LLC." This misidentification led to an unnecessary focus on irrelevant data from "Allstate," wasting time and resources. The subpoena failed to address "Healthcare Solution Team LLC," which is the proper entity under which I operate these matters. It was only after a delay that Plaintiff's counsel corrected this mistake. This oversight resulted in unnecessary delays and a diversion of efforts from the correct entity, which has not only wasted valuable time but also caused significant disruption to the case's progression.

WHEREFORE, Defendant, Khalid McCombs, respectfully requests that this Court quash the subpoena issued to produce records from 2020 to the present, as it is overly broad, unreasonable, impossible to comply with, and based on a misunderstanding of the correct business entity involved.

Motion to Quash Subpoena Issued to Visible Mobile)

Visible Mobile

1200 17th St
Denver, Colorado, 80202
Email: support@visible.com

2

Perrong Law LLC
Andrew Roman Perrong, Esq.
N.D. Ill. Gen. Bar #333687
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Email: a@perronglaw.com
Attorney for Plaintiff


Clerk of the Court
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604


Dated: March 23, 2025


Respectfully submitted,

Khalid McCombs

Pro Se
Khalid McCombs
18200 W 12 Mile Rd, Apt 209
Southfield, Michigan, 48076
kmccombs25@gmail.com



PRIORITY MAIL®

PRIORITY MAIL®

PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED

VISIT US AT USPS.COM®
Label 106A, Nov 2018

**United States Postal Service®**
VISIT US AT USPS.COM®
Label 106A, Nov 2018

 **UNITED STATES POSTAL SERVICE.**  Retail

| P | US POSTAGE PAID | |
|---|---|---|
| | **$10.10** | Origin: 48239 03/23/25 2525220239-07 |

**PRIORITY MAIL®**

0 Lb 8.40 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 03/26/25

C005

SHIP TO:

219 S DEARBORN ST
CHICAGO IL 60604-1702

**USPS TRACKING® #**

9505 5135 2201 5082 8569 52



APR 0 ... 202...
THOMAS G. BRUTON
... U.S. DISTRICT COURT

FILED

APR 09 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT




 **UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL®**

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM: Khalid McCombs
18200 W 12 Mile Rd, Apt 2
Southfield, MI, 48076

TO: Clerk of the Court
United States District Court
Northern District of ILLINois
219 Dearborn St
Chicago, IL, 60604

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL US