IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Case No.: 1:24-CV-07077

KELLY BLAND, on behalf of herself and others similarly situated,
Plaintiff,

v.

THE ALLSTATE CORPORATION D/B/A ALLSTATE HEALTH SOLUTIONS and KHALID MCCOMBS,
Defendants.

DEFENDANT KHALID MCCOMBS' MOTION TO QUASH SUBPOENA

Defendant Khalid McCombs, in pro se, respectfully moves this Court to quash the subpoena issued to him on March 15, 2025, and in support thereof states as follows:

I. INTRODUCTION

Plaintiff's counsel has issued subpoenas containing critical procedural errors, most notably the repeated misidentification of the proper Defendant entity. These errors have persisted throughout the discovery process, with Plaintiff's counsel only recently correcting the entity name after multiple invalid subpoenas were issued. This pattern of carelessness has resulted in unnecessary delays and burdens for Defendant. The subpoenas are legally flawed, and this Court should quash them in their entirety. In addition ChatGPT is also located in California so same Illegal Subpeona process will apply with ChatGPT as it did with Google.

II. ARGUMENT

1

1. Incorrect Entity Name and Procedural Deficiencies:

• Plaintiff's counsel repeatedly issued subpoenas under the wrong entity name, identifying "The Allstate Corporation d/b/a Allstate Health Solutions" instead of the proper entity, "Health Care Solutions Team, LLC."

• The failure to properly identify the correct party in legally binding documents is not a minor oversight; it demonstrates a lack of diligence and renders the subpoenas invalid.

• Plaintiff only corrected the entity name after issuing multiple subpoenas and discovery requests under the wrong entity. These defective subpoenas should be quashed outright.

2. Overbroad and Irrelevant Requests:

• The subpoena demands records related to a ChatGPT account, which is entirely irrelevant to the allegations in this case.

• Additionally, Plaintiff seeks records covering periods before Defendant was even licensed as an insurance agent (Defendant obtained his license on November 21, 2022), further demonstrating the overly broad and improper nature of the request.

3. Lack of Connection to the Requested Information:

• Defendant does not have any affiliation with the ChatGPT account or any other account tied to the email address kmccombs25@gmail.com in relation to this case.

• Plaintiff's fishing expedition into irrelevant accounts and timeframes is improper and lacks any factual basis.

4. Misuse of Discovery Process:

• The repeated errors in identifying the proper entity and the pursuit of irrelevant records indicate that Plaintiff's counsel is using discovery not to seek meaningful evidence but to burden Defendant with

2

unnecessary legal maneuvers.

• Google has already objected to the subpoenas on procedural grounds, further reinforcing their invalidity.

III. CONCLUSION

For the foregoing reasons, Defendant Khalid McCombs respectfully requests that this Court:

• Quash the subpoena issued to him on March 15, 2025, due to the procedural errors, misidentification of the proper entity, and overly broad, irrelevant requests.

• Order that any future subpoenas be subject to proper procedural compliance and correctly identify the proper Defendant.

• Grant any further relief this Court deems just and proper.

CERTIFICATE OF SERVICE

(Motion to Quash Subpoena Issued to ChatGPT/OpenAI)

I hereby certify that on this 23rd day of March, 2025, I served a true and correct copy of the foregoing Motion to Quash Subpoena issued to ChatGPT/OpenAI by Certified Mail and via electronic email to the following parties:

Plaintiff's Counsel:
Andrew Roman Perrong, Esq.
N.D. Ill. Gen. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
a@perronglaw.com

OpenAI, Inc.
Legal Department
3180 18th Street

3

San Francisco, CA 94110
Support@openai.com


Respectfully submitted,

Khalid McCombs
18200 W 12 Mile Rd, Apt 209
Southfield, MI 48076
kmccombs25@gmail.com

Dated: March 23, 2025



**FROM:** Khalid McCombs
18200 W 12 Mile Rd, Apt 209
Southfield, MI, 48076

**TO:** Clerk of the Court
United States District Court
Northern District of Illinois
219 Dearborn St
Chicago, IL, 60604