MR FILED RM
4/10/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Case No.: 1:24-CV-07077

KELLY BLAND, on behalf of herself and
others similarly situated,
Plaintiff,

v.

THE ALLSTATE CORPORATION D/B/A
ALLSTATE HEALTH SOLUTIONS
and KHALID MCCOMBS,
Defendants.

DEFENDANT KHALID MCCOMBS' RESPONSE TO PLAINTIFF'S THIRD SET OF DISCOVERY REQUESTS

Defendant Khalid McCombs ("Defendant") responds to Plaintiff's Third Set of Discovery Requests,
served on March 16, 2025, as follows:

PRELIMINARY STATEMENT

I would like to begin by addressing a glaring mistake made by Plaintiff's counsel that cannot be
overlooked. The Plaintiff's attorney has misidentified the entity name in this case, mistakenly changing it
from The Allstate Corporation d/b/a Allstate Health Solutions to HEALTH CARE SOLUTIONS TEAM LLC.
This is a fundamental error and should be corrected immediately. This misidentification of the entity
name reflects either a lack of understanding or an intentional oversight on the part of Plaintiff's counsel,
and it is unprofessional and careless. This is not only a simple error but a reflection of the lack of
diligence in the handling of this case. To further compound this issue, the Plaintiff's counsel issued
subpoenas in the wrong entity name, which resulted in Google even objecting due to the improper
procedures used in the subpoena process. These errors show an utter disregard for accuracy,

1

professionalism, and compliance with the law.

Additionally, it is important to note that I was first licensed as an insurance agent on November 21, 2022. Plaintiff's counsel's request for documents as far back as 2020 regarding my service provider, Visible Mobile, is overly broad and unfounded. It is highly questionable for Plaintiff's counsel to request information from a period when I was not even licensed to sell insurance, let alone for a service provider I did not have at the time. This request seems designed not to seek relevant information but to engage in a fishing expedition. This also should raise doubts about the Plaintiff's counsel's understanding of the scope of this case and its relevance.

I am also concerned that Plaintiff's counsel has failed to acknowledge that I did not have Visible as my provider during the period in question, further demonstrating the unreasonableness and overreach of their discovery requests.

REQUEST NO. 1

Please produce documents sufficient to identify any of your Fiverr account(s) and associated username(s) and email address(es), including the account through which you interacted with "@mansoorijaz" and purchased the lead file identified as "ACA-26Nov2023-1 lead list.xlsx."

RESPONSE:
I have two Fiverr accounts that were used exclusively for transactions with the vendor "@mansoorijaz." The usernames and associated email addresses for each account are as follows:

• Account 1: Username: Khalidm313
Email: kmccombs25@gmail.com

• Account 2: Username: ShotcallaMac
Email: lilcharlie5549@gmail.com

All lead purchases, including the specific lead file identified as "ACA-26Nov2023-1 lead list.xlsx," were made through these two accounts. I will provide any available documentation related to these accounts. Additionally, I have proof of communication with the vendor in which they confirmed that the leads provided were "DNC scrubbed" and that email addresses were not included in the leads provided. This will be included in the documents I produce.

2

**REQUEST NO. 2**

For each account identified in the previous Request for Production #1, please produce a copy of each of the following: complete records of your order history, details of each order, job requirements, correspondence with the fulfillers of said orders, and deliverables in each order.

RESPONSE:

I will produce available records from both Fiverr accounts for the specific lead purchase identified in Request No. 1, including order history, details of each order, job requirements, correspondence with the vendor "@mansoorijaz," and the deliverables related to the order "ACA-26Nov2023-1 lead list.xlsx." Please note that while I will provide all accessible records, some older communications may not be available due to limitations within the Fiverr platform. Additionally, I will include the correspondence from the vendor confirming that the leads were DNC-scrubbed and did not contain email addresses.

**REQUEST NO. 3**

Please produce documents sufficient to identify any payments made to Fiverr, or any vendor, freelancer, service provider, or similar, on the Fiverr platform.

RESPONSE:

I will provide the payment records for both Fiverr accounts, showing all transactions made to the vendor "@mansoorijaz," including payments for the purchase of the lead file "ACA-26Nov2023-1 lead list.xlsx." Any other payment records for services related to this lead purchase will also be included.

**REQUEST NO. 4**

Please produce copies of your Visible Mobile call history for August 12, 2020 to present.

RESPONSE:

I object to producing my Visible Mobile call history as it is personal and unrelated to the matters in this case. Furthermore, when attempting to download my call history, I encountered a technical issue, and the document was blank. Therefore, I will not provide the requested call history.

3

**REQUEST NO. 5**

Please produce copies of your Visible Mobile text message history for August 12, 2020 to present.

RESPONSE:
I object to producing my personal text message history as it is unrelated to the issues in this case. I will not provide any text messages from my personal phone as they contain private, personal conversations not relevant to this litigation.

REQUEST NO. 6

Please produce copies of your Visible Mobile billing history for August 12, 2020 to present.

RESPONSE:
I object to producing my Visible Mobile billing history as it is personal and unrelated to the matters in this case. I will not provide this billing history.

CLOSING STATEMENT

In closing, I would like to emphasize that the Plaintiff's counsel has demonstrated a concerning lack of professionalism, accuracy, and due diligence in handling this case. From the improper identification of the entity to the overbroad and unnecessary discovery requests, the Plaintiff's conduct has been reckless and overly aggressive. I have complied with all relevant requests in good faith and have provided ample documentation that supports my position. The requests, as outlined above, are highly intrusive, irrelevant, and beyond the scope of this case, especially considering my licensing status and the fact that the service provider in question is not even applicable to the time period in question.

I respectfully request that Plaintiff's counsel carefully review the evidence provided and take appropriate steps to correct the fundamental mistakes in their case, including the improper subpoenas and misidentifications of entities. If Plaintiff's counsel continues to push forward with such unsupported claims and unreasonably broad discovery requests, I will be forced to take further action to protect my

4

rights and interests.

Certificate of Service for 3rd Set of Interrogatories

CERTIFICATE OF SERVICE

I, Khalid McCombs, hereby certify that on this 23rd day of March, 2025, a true and correct copy of the foregoing Defendant Khalid McCombs' Response to Plaintiff's Third Set of Discovery Requests was served upon the following parties via Certified Mail, U.S. Mail, or Email:

Perrong Law LLC
Andrew Roman Perrong, Esq.
N.D. Ill. Gen. Bar #333687
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
Email: a@perronglaw.com
Attorney for Plaintiff

Clerk of the Court
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Dated: March 23, 2025

Respectfully submitted,

Khalid McCombs

Pro Se
Khalid McCombs
18200 W 12 Mile Rd, Apt 209
Southfield, Michigan, 48076
kmccombs25@gmail.com



UNITED STATES
POSTAL SERVICE.

*Retail*

**P**

US POSTAGE PAID

**$10.10**

Origin: 48239
03/23/25
2525220239-07

**PRIORITY MAIL®**

0 Lb 8.40 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 03/26/25

C005

SHIP
TO:
219 S DEARBORN ST
CHICAGO IL 60604-1702



**USPS TRACKING® #**

9505 5135 2201 5082 8569 52



RECEIVED

APR 0 ? 20??

THOMAS G. BRUTON
U.S. DISTRICT COURT

FILED

APR 09 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

coverage.

Package Pickup,
QR code.

M/PICKUP



UNITED STATES
POSTAL SERVICE®

**PRIORITY®**
MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:** Khalid McCombs
18200 W 12 Mile Rd, Apt 20?
Southfield, MI, 48076

**TO:** Clerk of the Court
United States District Court
Northern District of ILLINOIS
219 Dearborn St
Chicago, IL, 60604

Label 228, December 2023

FOR DOMESTIC AND INTERNATIONAL US

