

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


Case No.: 1:24-CV-07077


KELLY BLAND, on behalf of herself and others similarly situated,
Plaintiff.


v.


HEALTHCARE SOLUTIONS TEAM, LLC and KHALID MCCOMBS,
Defendants.


DEFENDANT'S INTERROGATORIES TO PLAINTIFF


Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant Khalid McCombs hereby serves the following Interrogatories upon Plaintiff Kelly Bland. You are required to answer each question fully and truthfully, under oath, and within the time prescribed by law. Your failure to respond in full or withhold material information could constitute grounds for a motion to compel and/or other legal remedies.


INTERROGATORY NO. 1:

Please provide a detailed account of the telephone conversation you had with Defendant Khalid McCombs, in which you initially stated that you could potentially sue him. Specifically, include the date and time of the call, and provide documentation, such as a call log, proving that this conversation occurred. Furthermore, explain your motivation for making such a statement, especially after you had requested the quote.

INTERROGATORY NO. 2:

You have made an assertion that Defendant McCombs called you six times. Please provide an accurate, complete call log, showing each of these calls, including the exact dates, times, durations, and the phone numbers used by Defendant to contact you. Failure to provide this documentation will cast significant doubt on your allegations.

INTERROGATORY NO. 3:

Did you request a quote from Defendant Khalid McCombs or any third-party vendor, either directly or indirectly, that would have resulted in your information being included in the lead list that Defendant used? If so, please provide all correspondence, whether written or verbal, confirming your request for a quote or communication that would have led to your contact details being part of a legitimate opt-in lead list.

INTERROGATORY NO. 4:

Please confirm if you were provided an opportunity to review or sign any document, or if you knowingly provided consent for your contact information to be included in a lead list for telemarketing purposes. If you claim not to have done so, please explain how your contact information was obtained and provide any evidence supporting this claim.

INTERROGATORY NO. 5:

Please provide the detailed history of your previous legal claims, especially those related to telemarketing or unsolicited contact, including but not limited to any lawsuits under the Telephone Consumer Protection Act (TCPA). Specifically, how many such lawsuits have you initiated or been involved in, and what were the outcomes or current statuses of each case? You are required to provide case numbers, jurisdictions, and any relevant court filings that support your claims.

INTERROGATORY NO. 6:

2

In previous communications with Defendant Khalid McCombs, you suggested that you could potentially take legal action. Please provide a full explanation of your statements and actions. Specifically, on what grounds did you mention taking legal action, and why, after stating that you would not pursue such action, are you now engaged in litigation against Defendant McCombs? This raises serious questions about the motives behind your claim.

INTERROGATORY NO. 7:

Given your history of litigation, please identify all prior legal actions you have filed, particularly those involving TCPA claims, unsolicited communications, or telemarketing. For each case, please provide the case numbers, jurisdictions, and the status of each lawsuit. Additionally, describe any settlements or judgments, including any agreements made that may be relevant to the present case.

INTERROGATORY NO. 8:

You have filed this lawsuit after explicitly requesting a quote and receiving communication from Defendant. Please explain why, after providing consent or engaging with Defendant's offer, you have decided to pursue a lawsuit under claims of unsolicited contact. How does your conduct align with the definition of "entrapment," and how can you justify pursuing litigation after you initiated the contact?

INTERROGATORY NO. 9:

Please provide the complete history of all claims you have filed in the past five years, particularly those that involve unsolicited telemarketing or TCPA violations. This includes any instances where you may have requested quotes or communications from vendors and later filed lawsuits under similar circumstances. The pattern of requesting information from vendors, only to later initiate legal action, suggests a possible systematic approach to entrap vendors, and your disclosure here will be critically important.

INTERROGATORY NO. 10:

3

In your lawsuit, you allege that you were contacted inappropriately by Defendant McCombs, but your contact information was part of a lead list purchased from a third-party vendor. Please explain whether your claim of being contacted without consent holds, given the information you provided about your own interactions with Defendant and the vendor. Additionally, provide any records or documentation showing that you did not opt into the contact list or agree to being contacted by vendors, as well as any relevant communications that contradict this claim.

CERTIFICATE OF SERVICE

I, Khalid McCombs, hereby certify that on this 23rd day of March, 2025, a true and correct copy of the foregoing Defendant's Interrogatories to Plaintiff was served upon the following parties via Certified Mail, U.S. Mail, or Email:

Perrong Law LLC
Andrew Roman Perrong, Esq.
N.D. Ill. Gen. Bar #333687
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
Email: a@perronglaw.com
Attorney for Plaintiff

Clerk of the Court
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Dated: March 23, 2025

Respectfully submitted,

Khalid McCombs

Pro Se
Khalid McCombs
18200 W 12 Mile Rd, Apt 209
Southfield, Michigan, 48076
kmccombs25@gmail.com

4



PRIORITY MAIL

PRESS FIRMLY TO SEAL

PRIORITY MAIL

FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRIOR MAIL

VISIT US AT USPS.COM®
Label 106A, Nov 2018

United States
Postal Service®

VISIT US AT USPS.COM®
Label 106A, Nov 2018

**UNITED STATES POSTAL SERVICE.** *Retail*

| P | US POSTAGE PAID | |
|---|---|---|
| | **$10.10** | Origin: 48239 03/23/25 2525220239-07 |

PRIORITY MAIL®

0 Lb 8.40 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 03/26/25

C005

SHIP TO:



219 S DEARBORN ST
CHICAGO IL 60604-1702

USPS TRACKING® #



9505 5135 2201 5082 8569 52

**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Khalid McCombs
18200 W 12 Mile Rd, Apt 20
Southfield, MI, 48076

TO: Clerk of the Court
United States District Court
Northern District of Illinois
219 Dearborn St
Chicago, IL, 60604

APR 0_ 202_

THOMAS G. BRUTON
CLERK U.S. DISTRICT COURT

FILED

APR 09 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Label 228, December 2023

FOR DOMESTIC AND INTERNATIONAL US





how2recycle.info