**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Kelly Bland

                                             Plaintiff,

v.                                                                              Case No.: 1:24–cv–07077
                                                                             Honorable Sunil R. Harjani

Healthcare Solutions Team, LLC, et al.

                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 17, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The partially opposed motion [Dkt. 58] to reset the fact discovery schedule is denied as premature as the firm fact discovery deadline is not until 7/11/2025 [Dkt. 26]. The Court would entertain such a motion much closer to 7/11/2025. The parties 6/2/2025 joint status report date is stricken and reset to a telephonic status on 5/20/2025 at 10:00 a.m. CT. The call in information is 855–244–8681, and the participant access code is 2315 0911 461#. The Court may convert this status hearing to a motion hearing on Dkts. 39 and 45, but would notify the parties in advance if it intends to do so.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.