## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kelly Bland

                          Plaintiff,

v.                                                 Case No.: 1:24–cv–07077
                                                                        Honorable Sunil R. Harjani

Healthcare Solutions Team, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 18, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Plaintiff's reply brief [Dkt. 60] is stricken. Defendant McCombs has not yet even filed a response brief in opposition to Dkt. 45, and the Court ordered that no reply briefs be filed relative to this motion [Dkt. 46]. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.