UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

FILED
APR 17 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kelly Bland, on behalf of herself and others similarly situated,
Plaintiff,

v.

Healthcare Solutions Team, LLC and Khalid McCombs,
Defendants.

Case No.: 1:24-CV-07077

DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE REGARDING IMPROPERLY FILED DOCUMENTS."

INTRODUCTION

Plaintiff's allegations regarding Defendant's citation of Otero v. Vito misrepresent the nature of the error and attempt to discredit Defendant's filings without addressing their substantive merits. Defendant acknowledges the inadvertent citation error but maintains that this mistake does not undermine the validity of the legal principles cited or the arguments presented.

LEGAL ARGUMENT

1. The Citation Error Was Inadvertent and Corrected Promptly

Defendant acknowledges that Otero v. Vito was cited in error due to a clerical oversight during drafting. This case is unrelated to the issues in this matter and has been withdrawn from reliance in subsequent filings. Defendant has substituted accurate case law supporting the same legal principles, demonstrating good faith in addressing this mistake.

2. Errors Do Not Indicate Bad Faith or AI Reliance

Plaintiff's suggestion that this error reflects bad faith or reliance on artificial intelligence (AI) is baseless. Defendant personally drafts all filings without reliance on AI tools. Courts recognize that

1

inadvertent errors do not warrant striking filings unless they cause prejudice or are made in bad faith (Heller Financial, Inc. v. Midwhey Powder Co., Inc., 883 F.2d 1286 (7th Cir. 1989)).

3. Clarification of Case Citations
To address Plaintiff's specific concerns regarding citations, Defendant provides the following clarifications:

- Williams v. Jader Fuel Co., 944 F.2d 1388 (7th Cir. 1991):

This case does exist and has been cited properly. While Plaintiff may disagree with the quote attribution, the broader point regarding motions to strike being disfavored is consistent with Seventh Circuit precedent.

- Otero v. Vito, 5:04-CV-211 (CAR) (M.D. Ga. Mar. 21, (2007):

Defendant acknowledges that this citation was incorrect and likely due to a mistaken reference. Defendant will withdraw this specific citation in any future filings and substitute it with accurate authority.

- Haines v. Kerner, 404 U.S. 519 (1972):

This is a valid Supreme Court case, and while the specific quote may have been imprecise, the legal principle that pro se filings are to be liberally construed remains clearly supported by that decision.

- Vakharia v. Little Co. of Mary Hosp., 2 F. Supp. 2d 1028 (N.D. Ill.):

This case is real, and Defendant cited it for its broader context regarding how motions to strike are rarely granted unless they cause prejudice or delay, which is consistent with its discussion.

4. Perrong v Montgomery County Democratic Committee as Relevant Precedent

Plaintiff's counsel has a history of filing TCPA claims dismissed under similar circumstances:

- In Perrong v Montgomery County Democratic Committee, 2023 WL 4600423 (E.D. Pa.), the court dismissed claims because the alleged autodialing system used a curated list rather than generating numbers randomly or sequentially, failing to meet the statutory definition of an ATDS under TCPA (Facebook v Duguid, 141 S.Ct. 1163 (2021)).

The court also noted that consent was provided through a third party for opt-in leads, which aligns

2

with facts here where calls were made manually using an iPhone and consent was obtained through a reputable vendor's opt-in process.

• Similarly, in Perrong v REWeb Real Estate LLC, dismissal occurred due to procedural deficiencies such as lack of jurisdiction issues also relevant here as Defendant resides in Michigan and Plaintiff resides in Texas.
These cases demonstrate Plaintiff counsel's repeated procedural overreach and reliance on claims with insufficient factual bases.

5. Defendant's Corrected Citations Support Valid Legal Principles

Defendant has replaced erroneous citations with valid case law supporting key arguments:

• Haines v Kerner, 404 U.S. 519 (1972):

Pro se filings should be liberally construed to ensure access to justice for unrepresented parties.

• Vakharia v Little Co of Mary Hosp., 2 F Supp 2d 1028 (ND Ill):

Motions to strike are disfavored unless they cause significant prejudice or delay proceedings.

CONCLUSION

Defendant respectfully requests that the Court disregard Plaintiff's allegations regarding the accidental citation of Otero v Vito as irrelevant and immaterial to the issues at hand, while considering relevant precedents such as Perrong that support dismissal of baseless TCPA claims.

Dated: April 12 , 2025

Respectfully submitted,

Khalid McCombs
Pro Se
18200 W 12 Mile Rd, Apt 209
Southfield, Michigan 48076
kmccombs25@gmail.com

3

CERTIFICATE OF SERVICE

I, Khalid McCombs, hereby certify that on this 12th day of April 2025, a true and correct copy of the foregoing Defendant's Response in Opposition to Plaintiff's Motion to Strike was served upon the following parties via Certified Mail, U.S. Mail, or Email:

Paronich Law, P.C.
Anthony Paronich, Esq.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Email: anthony@paronichlaw.com

Perrong Law LLC
Andrew Roman Perrong, Esq.
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Email: a@perronglaw.com

Clerk of the Court
United States District Court
Northern District of Illinois, Eastern Division
219 South Dearborn Street
Chicago, IL 60604

Dated: April 12, 2025

Signed: Khalid McCombs

4



- Expected del
- Domestic shi
- USPS Trackin
- Limited intern
- When used int

*Insurance does not
Domestic Mail Manu
** See International M

**FLAT RA**
ONE RATE ■ AN

**TRACKE**

PS0000100

**UNITED STATES POSTAL SERVICE**

**US POSTAGE PAID**
**$10.10**

Origin: 48239
04/12/25
2525220239-07

**PRIORITY MAIL®**

0 Lb 3.50 Oz
**RDC 03**

EXPECTED DELIVERY DAY: 04/15/25

C005

SHIP TO:
219 S DEARBORN ST
CHICAGO IL 60604-1702

USPS TRACKING® #

9505 5135 2201 5102 8638 54



**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Khalid McCombs
16200 W 12 Mile Rd, Apt 209
Southfield, MI, 48076

TO: Clerk of Court
United States District Court
Northern District of Illinois, Eastern Division
219 South Dearborn Street
Chicago, IL, 60604

Label 228, December 2023      FOR DOMESTIC AND INTERNATIONAL USE