UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Kelly Bland
                                    Plaintiff,
v.                                                          Case No.: 1:24–cv–07077
                                                            Honorable Sunil R. Harjani
Healthcare Solutions Team, LLC, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2025:

MINUTE entry before the Honorable Sunil R. Harjani: Telephonic status hearing held. Counsel for Plaintiff, Defendant Healthcare Solutions Team, LLC and Pro Se Defendant Khalid McCombs were present by telephone. Counsel for Plaintiff and Defendant Healthcare Solutions reported that discovery is progressing, and the parties have recently initiated settlement discussions, with Defendant Healthcare Solutions currently preparing its demand. For reasons stated on the record, Plaintiff's motion to strike [35] is denied, Defendant McCombs motion to dismiss [23], [55], and [65] are denied without prejudice. Regarding discovery, the Court advised Defendant McCombs that discovery materials should not be filed on the docket but exchanged directly with the parties. The Court also informed Mr. McCombs that he should call opposing counsel and work out any issues on discovery first, and that there will be a date set for him, at a later time after discovery has closed, to present his motion for summary judgment and present evidence about his case. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.