UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

MAY 01 2025 Kw

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KELLY BLAND, on behalf of herself and others similarly situated,
Plaintiff,

v.

HEALTHCARE SOLUTIONS TEAM, LLC and KHALID MCCOMBS,
Defendants.

Case No.: 1:24-CV-07077

DEFENDANT KHALID MCCOMBS'S MOTION FOR LEAVE TO AMEND ANSWER TO ADD COUNTERCLAIMS

Defendant Khalid McCombs, proceeding pro se, respectfully moves this Court for leave to amend his Answer to add counterclaims against Plaintiff Kelly Bland and, where appropriate, her counsel. In support of this motion, Defendant states as follows:

1. Defendant filed his original Answer on January 20, 2025, including affirmative defenses, a motion to dismiss, and a challenge to class certification.

2. Since that time, facts and information arising during discovery have given rise to new claims, including but not limited to abuse of process and intentional infliction of emotional distress.

3. Federal Rule of Civil Procedure 15(a)(2) provides that the court "should freely give leave to amend when justice so requires." The United States Supreme Court has held that leave to amend should be "freely given" unless there is "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc."
See Foman v. Davis, 371 U.S. 178, 182 (1962).

4. Allowing amendment at this stage will not unduly prejudice Plaintiff, cause undue delay, or be futile.

The new counterclaims are based on facts developed during discovery and do not require extensive additional proceedings.

5. The proposed Amended Answer and Counterclaims is attached hereto as Exhibit A.
WHEREFORE, Defendant Khalid McCombs respectfully requests that the Court grant leave to file the attached Amended Answer and Counterclaims, and for such other relief as the Court deems just and proper.

Respectfully submitted,

Dated- April 26 , 2025

Khalid McCombs
Pro Se
18200 W 12 Mile Rd, Apt 209
Southfield, Michigan 48076
kmccombs25@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2025, I served a copy of the foregoing Motion for Leave to Amend Answer to Add Counterclaims and the attached Proposed Amended Answer and Counterclaims on all counsel of record by U.S. Mail and electronic mail at the addresses listed below:

Paronich Law, P.C.
Anthony Paronich, Esq.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Email: anthony@paronichlaw.com

Perrong Law LLC
Andrew Roman Perrong, Esq.
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Email: a@perronglaw.com

Clerk of the Court
United States District Court
Northern District of Illinois, Eastern Division
219 South Dearborn Street
Chicago, IL 60604


Dated: April 26 , 2025


Signed- Khalid McCombs





**P**

## US POSTAGE PAID

## $10.10

Origin: 48239
04/26/25
2525220239-10

### PRIORITY MAIL®

0 Lb 10.60 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 04/30/25

C005

SHIP
TO:
219 S DEARBORN ST
CHICAGO IL 60604-1702



#### USPS TRACKING® #



9505 5135 2201 5116 8692 24






**FLAT RATE**
ONE RATE ■ ANY WEIG

**TRACKED ■ I**


PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2


PAPER POUCH

- Expected delivery date
- Domestic shipments inc
- USPS Tracking® service
- Limited international ins
- When used internationa

*Insurance does not cover certai
Domestic Mail Manual at http://p
** See International Mail Manual

ckup,

ations.

FROM:

# PRIORITY
★ MAIL ★


VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Khalid McCombs
18200 W 12 Mile Rd, Apt 209
Southfield, MI, 48076

**TO:** Clerk of The Court
United States District Court
Northern District of Illinois
Eastern Division
219 South Dearborn Street
Chicago, IL, 60604

Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE