IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated, | : : : | CIVIL ACTION FILE NO. 1:24-cv-07077 |
| Plaintiff, | : : | |
| v. | : : | **COMPLAINT – CLASS ACTION** |
| THE ALLSTATE CORPORATION D/B/A ALLSTATE HEALTH SOLUTIONS | : : : | **JURY TRIAL DEMANDED** |
| AND | : : | |
| KHALID MCCOMBS | | |
| Defendants. | | |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that all parties have tentatively reached a settlement in this matter, including as to all claims and proposed counterclaims, and hope to file a notice of dismissal with prejudice within 60 days.

RESPECTFULLY SUBMITTED AND DATED this May 10, 2025

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
N.D. Ill. Gen. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2025, a copy of the foregoing was served electronically on counsel for the Defendant/Defendant via e-mail at kmccombs25@gmail.com, jani.mikel@akerman.com, ryan.roman@akerman.com, as per operation of the CM/ECF filing system.

                                                    */s/ Andrew Roman Perrong*
                                                    Andrew Roman Perrong, Esq.