# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kelly Bland

           Plaintiff,

v.                  Case No.: 1:24–cv–07077
                  Honorable Sunil R. Harjani

Healthcare Solutions Team, LLC, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2025:

  MINUTE entry before the Honorable Keri L. Holleb Hotaling: The District Court having entered an order giving the parties a 7/11/25 date to file a stipulation to dismiss [74], the 5/20/25 telephonic status hearing as well as all other pending matters before this Court are hereby stricken. All matters relating to the referral of this case having been completed, the referral is closed and the case is returned to the assigned judge. Judge Keri L. Holleb Hotaling no longer referred to the case.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.