**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Kelly Bland

                                        Plaintiff,

v.                                                                           Case No.: 1:24−cv−07077
                                                                            Honorable Sunil R. Harjani

Healthcare Solutions Team, LLC, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Upon review of the docket and the 7/11/2025 deadline to file a stipulation to dismiss [75], in−person status hearing previously set for 7/16/2025 is stricken. Tracking status set for 7/17/2025 at 9:15 a.m. but will be stricken if the stipulation has been filed. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.