# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kelly Bland

                          Plaintiff,

v.                                             Case No.: 1:24–cv–07077

                                                                Honorable Sunil R. Harjani

Healthcare Solutions Team, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Counsel's request for additional time is granted. Stipulation to dismiss is now due 8/6/2025. Tracking status is reset for 8/13/2025 at 9:15 a.m. but will be stricken if the stipulation has been filed. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.