## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

KELLY BLAND, on behalf of herself and
others similarly situated,

      Plaintiff,

                              Case No.: 1:24-CV-07077

v.

HEALTHCARE SOLUTIONS TEAM, LLC
and KHALID MCCOMBS,

      Defendants.

## STIPULATION OF DISMISSAL

It is hereby stipulated between the parties, in accordance with the Parties' Settlement Agreement[1] executed on July 25, 2025, that Ms. Bland's claims against both defendants are dismissed without prejudice and that Mr. McCombs' counterclaims levied against Mr. Bland are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

Dated: August 6, 2025

---

[1] The Parties' Settlement Agreement encompasses all alleged calls in violation of the Telephone Consumer Protection Act known to Plaintiff as of the Effective Date of the Agreement. However, the Parties have expressly agreed that certain calls, referred to internally as "Subject Calls," or calls placed as part as the same campaign as the Subject Calls, are released as part of the Parties' Settlement Agreement as to Defendant Khalid McCombs, but not Healthcare Solutions Team ("HST"), The Allstate Corporation ("Allstate"), and any respective third parties. HST and Allstate deny all liability and reserve all rights and defenses.

82614643;1

/s/_____Anthony I. Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400 Hingham, MA 02043

Tel: (617) 485-0018

Email: anthony@paronichlaw.com *Counsel for*

*Plaintiff*

**AKERMAN LLP**

Illinois Bar No. 6331445

71 South Wacker Drive, 47th Floor

Chicago, Illinois 60606

Telephone: (312) 634-5700

Facsimile: (312) 424-1900

Email: jani.mikel@akerman.com

Email: elisa.asa@akerman.com

**- and –**

RYAN ROMAN

*\* Admitted Pro Hac Vice*

**AKERMAN LLP**

201 East Las Olas Boulevard, Suite 1800 Fort Lauderdale, Florida 33301

Telephone: (954) 463-2700

Facsimile: (954) 463-2224

Email: ryan.roman@akerman.com

Email: lauren.chang-williams@akerman.com

*/s/Khalid*

*McCombs*_____Khalid McCombs

18200 W. 12 Mile Rd., Apt. 209 Southfield, MI 48076

Telephone: (313) 457-3157 Email: kmccombs25@gmail.com

*Pro Se Defendant*

/s/_____JANI K. MIKEL

*Counsel for Defendant Healthcare Solutions Teams, LLC*

2

82614643;1