## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kelly Bland

                                        Plaintiff,

v.                                                          Case No.: 1:24–cv–07077
                                                            Honorable Sunil R. Harjani

Healthcare Solutions Team, LLC, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 7, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of the stipulation of dismissal [79], and pursuant to FRCP 41(a)(1)(A)(ii), this case is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and cost. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.